No. 135, October term, 1914. WILSON CYPRESS COMPANY, APPELLANT, *v.* ENRIQUE DEL POZO Y MARCOS ET AL.  Submitted April 24, 1916.  Decided May 1, 1916.  Motion for leave to file in the trial court a supplemental bill in the nature of a bill of review denied.  *Mr. William W. Dewhurst, Mr. Joseph H. Jones,* and *Mr. John C. Jones* for the petitioners.  *Mr. John C. Cooper* in opposition thereto.

---

No. 324. DANIEL A. LONG, PLAINTIFF IN ERROR, *v.* JOHN E. SHEPARD.  In error to the Supreme Court of the State of Oklahoma.  Submitted April 26, 1916.  Decided May 8, 1916.  *Per Curiam.*  Dismissed for the want of jurisdiction upon the authority of *National Foundry & Pipe Co.* v. *Oconto Water Works Supply Co.,* 183 U. S. 216, 237; *Vandalia R. R.* v. *Indiana,* 207 U. S. 359, 367; *Brinkmeier* v. *Missouri Pacific Ry.,* 224 U. S. 268, 270. *Mr. Lewis C. Lawson* and *Mr. C. Dale Wolfe* for the plaintiff in error.  No appearance for the defendant in error.